LAW OFFICE OF
ERICK L. GUZMAN
Cal. Bar No. 244391
740 4th St.
Santa Rosa, California, 95404
T:(707) 595-4474\ F:(707) 540-6298
E: elg@guzmanlaw.org

Attorney for Defendant
Florencio Anduaga

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FLORENCIO ANDUAGA,<br><br>　　　　Defendant. | CASE NO. CR 13CR0536-EMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING HEARING**<br><br>SAN FRANCISCO VENUE<br><br>Current Hearing Date: **11/13/13**<br>Proposed Hearing Date: **11/27/13** |

　　　Defense counsel is still reviewing discovery related to the above case. Additionally, the parties are still negotiating. For this reason, the parties request that the upcoming status hearing be continued to November 27, 2013 at 2:30 P.M. The parties further request that time be excluded form the speedy trial clock to allow for adequate preparation of counsel.

IT IS SO STIPULATED

| | |
|---|---|
| 10/8/13 | /s/ |
| DATED | MELINDA HAAG<br>United States Attorney<br>Northern District of California<br>MATTHEW MCCARTHY<br>Assistant United States Attorney |
| 10/8/13 | /s/ |
| DATED | ERICK L. GUZMAN<br>Attorney for Mr. Anduaga |

# [PROPOSED] ORDER

For good cause shown, the status hearing is rescheduled to November 27, 2013.

The time between November 13, 2013 and November 27, 2013 be excluded from the speedy trial clock based on the need for effective preparation of counsel per 18 U.S.C. §3161(h)(1)(B)(iv).

**IT IS SO ORDERED.**

11/12/2013
DATED


Judge Edward M. Chen

Stip. and [Proposed] order continuing hearing     3     Case No. CR-12-0356-EMC